# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 5:16cr112-009 |
| VS | ) | Judge Dan Aaron Polster |
| JANCE RANDOLPH, | ) | **ORDER** |
| Defendant. | ) | |

On May 4, 2022, the Court scheduled a Supervised Release Violation Hearing to be held on May 12, 2022, in the above-captioned case. The hearing was cancelled as Defendant Jance Randolph ("Defendant") refused transport from Northeast Ohio Correctional Center to the Carl B. Stokes Federal Courthouse for processing by the United States Marshal Service.

In the event the Defendant continues his refusal to cooperate with transportation measures, the United States Marshals are hereby authorized to use reasonable force, to the extent necessary, to effectuate the transfer of the Defendant.

**IT IS SO ORDERED.**

*s/Dan Aaron Polster* **May 13, 2022**
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**